| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * IN THE |
| | * SUPREME COURT |
| v. | * OF MARYLAND |
| | * AG No. 53 |
| CHRISTOPHER MICHAEL FINKE | * September Term, 2025 |

## O R D E R

Upon consideration of the parties' joint petition for a six-month suspension stayed in favor of one year of probation under the terms and conditions of the parties' probation agreement, it is this 24th day of April 2026, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that Respondent, Christopher Michael Finke, be suspended from the practice of law in Maryland for a period of six months for violations of Rules 19-301.1; 19-301.3; 19-301.4(a) and (b); 19-303.2; and 19-308.4(a), (c), and (d) of the Maryland Attorneys' Rules of Professional Conduct, with the suspension stayed for a period of one year under the terms and conditions of the parties' probation agreement; and it is further

ORDERED that, within 90 days of the date of this Order, the Respondent shall pay $1,196.40 to the Attorney Grievance Commission as reimbursement for costs associated with this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk